CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Wily Fernando Gramajo-Navas**<br>YOB: 1977; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-02976MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 15, 2021, at or near Douglas, in the District of Arizona, **Wily Fernando Gramajo-Navas**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on April 27, 2016, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Wily Fernando Gramajo-Navas** is a citizen of Guatemala. On April 27, 2016, **Wily Fernando Gramajo-Navas** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On April 15, 2021, agents found **Wily Fernando Gramajo-Navas** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Wily Fernando Gramajo-Navas** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff<br><br>Sworn by telephone _x_ | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>April 16, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54